FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 18 2011 ★
BROOKLYN OFFICE

HONORABLE SANDRA L. TOWNES
U.S. DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK
225- CADMAN PLAZA EAST
BROOKLYN, N.Y. 11201

July 14th, 2011

RE: (Katosh Pantoliano v. City of N.Y.)
Docket No.: 11-CV-3108-(SLT)

Dear Judge Townes...,

    I would like to bring to the attention of the court a grave concern pertaining to the preparations of my recently filed complaint. Appearantly I was not able to present my Amendment to my recently filed complaint before your Memorandum and Order because at times it is difficult to attend the law library here at the MDC-Facility. The facility only allows inmates to attend the law library once a week for 2 hours which is not enough time for me to have access to the copy machines, type writers, and legal materials I need in order to raise my complaint and Constitutional claims to the court.
    In addition, it is not easy to raise such claims pro-se with a GED education.
    Wherefore, I would greatly appreciate if you could order the MDC-Facility to give me access to the law library when I am in need of legal assistance and materials, due to my Pro-Se status.
    Thank you for your time.

Respectfully Submitted,
Katosh Pantoliano, 77941-053

FILED
CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
JUL 18 2011 ★
BROOKLYN OFFICE

CLERK of U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
  (PRO-SE OFFICE)
225- CADMAN PLAZA EAST
BROOKLYN, N.Y. 11201

July, 14th 2011

RE: Katosh Pantoliano v. City of N.Y.,
    Docket No: 11-CV-3108-(SLT)...

CLERK of U.S. DISTRICT COURT...,

   Enclosed with this letter is an Amendment to Complaint with attached exhibits, as well as a letter to Judge Townes. I would greatly appreciate if you could please file this Amendment and letter to Judge Townes as soon as convenient because it is hard for me to raise my Constitutional claims to the court without the proper legal materials that I need.
   Thank you for your time once again.

                    Respectfully Submitted,

                    Katosh Pantoliano
                    77941-053
                    MDC-BKLYN., P.O. Box 329002
                    BKLYN., N.Y. 11232

C.C. File...